IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Carr, Rennie

Printed: 8/26/08

Case Number: 07 B 03480
Judge: Squires, John H
Filed: 2/28/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: July 16, 2008
Confirmed: April 25, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 1,450.00 |  |
| Secured: |  | 642.61 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 727.49 |
| Trustee Fee: |  | 79.90 |
| Other Funds: |  | 0.00 |
| Totals: | 1,450.00 | 1,450.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 2,334.00 | 727.49 |
| 2. | R & R Country Motors | Secured | 1,738.08 | 642.61 |
| 3. | RMI/MCSI | Unsecured | 25.00 | 0.00 |
| 4. | Asset Acceptance | Unsecured | 83.37 | 0.00 |
| 5. | Sprint Nextel | Unsecured | 81.89 | 0.00 |
| 6. | Fingerhut Credit Advantage | Unsecured | 79.37 | 0.00 |
| 7. | Resurgent Capital Services | Unsecured | 398.92 | 0.00 |
| 8. | City Of Chicago Dept Of Revenue | Unsecured | 572.50 | 0.00 |
| 9. | Alliance One | Unsecured |  | No Claim Filed |
| 10. | Alliance One | Unsecured |  | No Claim Filed |
| 11. | American Collection Corp | Unsecured |  | No Claim Filed |
| 12. | Dependon Collections Service | Unsecured |  | No Claim Filed |
| 13. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 14. | AFNI | Unsecured |  | No Claim Filed |
| 15. | Midland Credit Management | Unsecured |  | No Claim Filed |
| | | | $ 5,313.13 | $ 1,370.10 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.4% | 70.47 |
| 6.5% | 9.43 |
|  | $ 79.90 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Carr, Rennie | Case Number:  07 B 03480 |
| | Judge:  Squires, John H |
| Printed:  8/26/08 | Filed:  2/28/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                            Marilyn O. Marshall, Trustee, by:

                            _____